No. 318. MOFFETT ET AL. *v.* COMMERCE TRUST CO. ET AL. October 14, 1946. *Per Curiam:* The motion to dismiss is granted, and the appeal is dismissed for the reason that the decision of the state court sought here to be reviewed was based upon a non-federal ground adequate to support it. *Enterprise Irrigation District* v. *Farmers Canal Co.,* 243 U. S. 157, 165; *Utley* v. *St. Petersburg,* 292 U. S. 106, 111. *Martin J. O'Donnell* for appellants. *Charles M. Blackmar, John T. Harding, R. C. Tucker, Walter A. Raymond* and *B. C. Howard* for appellees.

No. 338. KUT *v.* BUREAU OF UNEMPLOYMENT COMPENSATION ET AL. October 14, 1946. *Per Curiam:* The motion to dismiss is granted, and the appeal is dismissed for the reason that the decision of the state court sought here to be reviewed was based upon a non-federal ground adequate to support it. *Berea College* v. *Kentucky,* 211 U. S. 45. *Murray Seasongood* and *Lester A. Jaffe* for appellant. *E. G. Schuessler* for appellees.